1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd. Suite 401
   Los Angeles, CA 90025
3  T : (323) 988-2400 ; F : (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   JUANITA PARKER

5

6              UNITED STATES DISTRICT COURT,
              NORTHERN DISTRICT OF CALIFORNIA,
7                    OAKLAND DIVISION

8  JUANITA PARKER,                     ) Case No.: 3:12-cv-05729-~~EDL~~ MMC
                                       )
9          Plaintiff,                  )
                                       ) [PROPOSED] ORDER GRANTING
10     vs.                             ) MOTION FOR COUNSEL TO APPEAR
                                       ) AT STATUS CONFERENCE BY
11 NORTHSTAR LOCATION SERVICES,        ) TELEPHONE
   LLC,                                )
12         Defendant.                  ) Date: March 29, 2013
                                       ) Time: 10:30 Am
13 _____     ) Place: Ctrm 7, 19th Floor

14

15     Plaintiff's motion to appear telephonically at the March 29, 2013 Case Management

16 Conference is hereby GRANTED.  All parties are directed to appear by telephone at said Case

17 Management Conference.

18
   DATED: March 12, 2013                    _____
19                                          HONORABLE MAXINE M. CHESNEY
20                                          SENIOR DISTRICT COURT JUDGE

21

22

23

24

25

- 1 -

REQUEST OF COUNSEL TO APPEAR AT SCHEDULING CONFERENCE BY TELEPHONE AND
                       [PROPOSED] ORDER THEREON