1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd. Suite 401
   Los Angeles, CA 90025
3  T : (323) 988-2400 ; F : (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   JUANITA PARKER

5

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
### OAKLAND DIVISION

8  JUANITA PARKER,                              )  Case No.:  3:12-cv-05729-~~EDL~~  MMC
                                                )
9          Plaintiff,                           )
                                                )  [PROPOSED] ORDER GRANTING
10    vs.                                       )  MOTION FOR COUNSEL TO APPEAR
                                                )  AT STATUS CONFERENCE BY
11  NORTHSTAR LOCATION SERVICES,                )  TELEPHONE
    LLC,                                        )
12                                              )
           Defendant.                           )  Date: March 29, 2013
13  _____         )  Time: 10:30 Am
                                                   Place: Ctrm 7, 19th  Floor

14

15     Plaintiff's motion to appear telephonically at the March 29, 2013 Case Management

16  Conference is hereby GRANTED.  All parties are directed to appear by telephone at said Case

17  Management Conference.

18
    DATED: March 12, 2013                    _____
19                                           [signature: Maxine M. Chesney]

20                                           HONORABLE MAXINE M. CHESNEY

21                                           SENIOR DISTRICT COURT JUDGE

- 1 -

REQUEST OF COUNSEL TO APPEAR AT SCHEDULING CONFERENCE BY TELEPHONE AND
[PROPOSED] ORDER THEREON