Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JUANITA PARKER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JUANITA PARKER, | ) **Case No.:** 3:12-cv-05729-EDL |
| Plaintiffs, | ) |
| v. | ) **VOLUNTARY DISMISSAL** |
| NORTHSTAR LOCATION SERVICES, LLC, | ) |
| Defendant. | ) |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JUANITA PARKER, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: March 19, 2013                                        KROHN & MOSS, LTD.


                                                                              By: /s/ Ryan Lee, Esq.
                                                                              Ryan Lee, Esq.
                                                                              Attorney for Plaintiff

- 1 -

VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:   /s/ Ryan Lee, Esq.

Ryan Lee, Esq